OLIVER PHELPS

v.

SAMUEL ABBOTT, ROBERT MAXWELL AND JAMES H.
AUDRAIN UNDER THE FIRM NAME OF ABBOTT,
MAXWELL & CO.

1807

### JOURNAL ENTRIES

1. Taking evidence before J. P. permitted . . . *Journal, infra,* \*p. 57
2. Appearance . . . . . . . . . . . . . . " 59
3. Jurors; judgment . . . . . . . . . . . " 102

### PAPERS IN S. C. FILE

1. Writ of habeas corpus and return . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . . .
3. Affidavit and evidence of William Lee . . . . . . . . .

### PAPERS IN D. C. FILE

1. Deposition of Samuel Tupper . . . . . . . . . . .